'08 CIV 7256

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD KATZ and KATZ IMPORTS, INC., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>CIT GROUP INC., JEFFREY M. PEEK, JOSEPH M. LEONE, WILLIAM J. TAYLOR, GARY C. BUTLER, WILLIAM M. FREEMAN, SUSAN LYNE, MARIANNE MILLER PARRS, TIMOTHY M. RING, JOHN RYAN, SEYMOUR STERNBERG, PETER J. TOBIN, and LOIS M. VAN DEUSEN,<br><br>                Defendants. | Civ No.<br><br>RULE 7.1 STATEMENT<br><br> |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the plaintiff, KATZ IMPORTS, INC:

The Pennsylvania Diamond Exchange.

DATED: August 15, 2008

KAPLAN FOX & KILSHEIMER LLP

By: _____

Robert N. Kaplan
Jeffrey P. Campisi
850 Third Avenue, 14th Floor
New York, NY  10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7114

and

Michael E. Criden
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
Phone: (305) 357-9000
Facsimile: (305) 357-9050

Counsel for Plaintiffs